NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAHMOUD KAHEEL,                        )
                                       )
      Appellant,                    )
                                       )
v.                                     )     Case No. 2D17-2380
                                       )
AWATIF HAMMUD,                         )
                                       )
      Appellee.                     )
_____)

Opinion filed June 6, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christine K. Vogel,
Senior Judge.

Peter N. Macaluso of Law Office of Peter N.
Macaluso, Tampa, for Appellant.

No appearance for Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.